FILED

06/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0063

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| **MICHAEL A. SANTACROCE,**<br><br>Plaintiff/Appellee,<br>vs.<br><br>**KENNITH G. FERRON,**<br><br>Defendant/Appellant. | **Cause No. DA-22-0063**<br><br>**ORDER GRANTING APPELLANT'S SECOND UNOPPOSED MOTION TO EXTEND OPENING BRIEF DEADLINE** |

Having read and considered Appellant's Second Unopposed Motion to Extend Opening Brief Deadline and there appearing good cause therefore, the Motion is hereby GRANTED.

The filing deadline is extended as follows:

**Plaintiff's Opening Brief Due        July 1, 2022**

IT IS SO ORDERED.

ELECTRONICALLY SIGNED AND DATED BELOW.

ORDER GRANTING APPELLANT'S SECOND UNOPPOSED MOTION TO EXTEND OPENING BRIEF DEADLINE

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 1 2022